**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**DELTA DIVISION**

CHRISTOPHER TYLER HILL                                                     PLAINTIFF
ADC #551960

v.                                         2:22-cv-00211-JM-JJV

TYRAN McCRADIC, Jail Administrator,
Arkansas County Detention Center; *et al.*                              DEFENDANTS

<u>**RECOMMENDED DISPOSITION**</u>

The following Recommended Disposition ("Recommendation") has been sent to United States District Judge James M. Moody Jr.   Any party may serve and file written objections to this Recommendation.   Objections should be specific and include the factual or legal basis for the objection.   If the objection is to a factual finding, specifically identify that finding and the evidence that supports your objection.   Your objections must be received in the office of the United States District Court Clerk no later than fourteen (14) days from the date of this Recommendation.   Failure to file timely objections may result in a waiver of the right to appeal questions of fact.

**I.      DISCUSSION**

Christopher Tyler Hill ("Plaintiff") is proceeding *pro se* in this action seeking relief pursuant to 42 U.S.C. § 1983.   In December 2022, I granted him permission to proceed *in forma pauperis* ("IFP"), advised him of his obligation under Local Rule 5.5 to maintain a valid address with the Clerk, and cautioned him I would recommend dismissal if he failed to do so.   (Doc. 3.) It appears from the record that he received that Order.

However, in February 2023, mail sent to Plaintiff at the Arkansas County Detention Center, which was his last known address, was returned undelivered.   (Doc. 8.)   Accordingly, on

1

February 14, 2023, I ordered Plaintiff to provide an updated address and file a new IFP Application if he had been released from custody. (Doc. 10.) And, I warned Plaintiff I would recommend dismissal if he failed to comply with my instructions within thirty days. (*Id.*) The time to comply with that Order has passed, and Plaintiff has not done so. Because the Clerk does not have a valid service address for Plaintiff, it would be futile to grant him an extension of time to comply with my instructions. (Docs. 8, 12, 13.) For these reasons, I recommend this case be dismissed without prejudice due to a lack of prosecution. *See* Fed. R. Civ. P. 41(b); Local Rule 5.5(c)(2).

## II.   CONCLUSION

IT IS, THEREFORE, RECOMMENDED that:

1.    The Amended Complaint (Doc. 5) be DISMISSED without prejudice due to a lack of prosecution, and this case be CLOSED.

2.    The Court certify, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from an Order adopting this Recommendation and the accompanying Judgment would not be taken in good faith.

DATED this 27th day of March 2023.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE