IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

CHRISTOPHER TYLER HILL                                              PLAINTIFF
ADC #551960

v.                          2:22-cv-00211-JM

TYRAN McCRADIC, Jail Administrator,
Arkansas County Detention Center; *et al.*                          DEFENDANTS

### ORDER

The Court has reviewed the Recommendation submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed, and the time to do so has passed. After careful review, this Court adopts the Recommendation in its entirety as its findings in all respects.

IT IS THEREFORE ORDERED that:

1. The Amended Complaint (Doc. 5) is DISMISSED without prejudice due to a lack of prosecution, and this case is CLOSED.

2. It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order and the accompanying Judgment would not be taken in good faith.

Dated this 14th day of April, 2023.

_____
UNITED STATES DISTRICT JUDGE