IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

CHRISTOPHER TYLER HILL                                                                PLAINTIFF
ADC #551960

v.                                      2:22-cv-00211-JM

TYRAN McCRADIC, Jail Administrator,
Arkansas County Detention Center; *et al.*                                            DEFENDANTS

## JUDGMENT

Consistent with the Order entered separately today, Plaintiff's claims are DISMISSED without prejudice, and this case is CLOSED. It is certified that an *in forma pauperis* appeal from this Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

Dated this 14th day of April, 2023.

_____
UNITED STATES DISTRICT JUDGE